UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**LUCAS ALLEN FUSSELL,**<br><br>**Defendant.** | Case: 1:24-mj-00214<br>Assigned to: Judge Upadhyaya, Moxila A.<br>Assign Date: 7/2/2024<br>Description: COMPLAINT W/ ARREST WARRANT<br><br>**UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Timothy Palchak, a Senior Police Officer of the Metropolitan Police Department, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AFFIANT BACKGROUND**

1. I, Timothy Palchak, am a Senior Police Officer with the Metropolitan Police Department of the District of Columbia and am currently assigned to the MPD–FBI Child Exploitation and Human Trafficking Task Force, where my duties include investigating the sexual exploitation of children and online offenses involving children, including the production, transportation, receipt, distribution, and possession of child pornography. I am also currently assigned to the Northern Virginia Regional Internet Crimes Against Children Task Force. I have been a member of MPD since 1994. In 2000, I was promoted to Detective Grade 2. In May 2021, I retired from MPD and, in August 2021, I returned as a sworn senior law enforcement officer. During my thirty-year tenure with MPD, I have been assigned to the Third District Patrol Operations and Prostitution Enforcement Unit and, since 2000, to the Youth Investigations Division. I have received training in numerous areas relating to child exploitation and have testified as an expert witness in local and federal courts as it relates to child exploitation crimes. I have made numerous arrests and interviewed numerous victims, witnesses, and suspects. I have

participated in numerous child abuse investigations, child sex abuse investigations, and ICAC investigations. In November of 2005, I received cross-designation training from Immigration and Customs Enforcement and the FBI and have participated in numerous online child exploitation investigations and undercover online investigations.

2. I have been personally involved in the investigation of this matter. I am familiar with the information contained in this Affidavit based on my participation in the investigation, my review of documents and other evidence, my conversations with other law enforcement officers, and my training and experience. Because this Affidavit is being submitted for the limited purpose of establishing probable cause to arrest the defendant, I have not included the details of every aspect of the investigation. Where actions, conversations, and statements of others are related herein, they are related in substance and in part, except where otherwise indicated.

## PROBABLE CAUSE

### *Background*

3. In March 2024, the FBI arrested an individual ("Individual–1") who had distributed child pornography to an FBI Online Covert Employee using "Session," a cross-platform, end-to-end encrypted messaging application that is frequently used to traffic child pornography.[1]

4. Law enforcement seized Individual–1's cellphone ("Cellphone–1") during his arrest, and the FBI obtained a search warrant. In May 2024, Individual–1 voluntarily provided the passcode for Cellphone–1 to the government. In June 2024, Individual–1 agreed to allow the FBI to use Individual–1's Session account ("Session Account–1").

5. A review of Session Account–1 revealed communications between Individual–1

---

[1] Session claims that, on account of its decentralized design, it does not have access to the data necessary to respond to court orders. *See Can Session reveal user information if compelled by a government?*, Session, https://sessionapp.zendesk.com/hc/en-us/articles/4439071881113-Can-Session-reveal-user-information-if-compelled-by-a-government (last visited July 1, 2024).

and a Session account with the display name "atozed8dezota." As explained below, there is probable cause to believe that the "atozed8dezota" Session account was operated by LUCAS ALLEN FUSSELL, the defendant.

6. The review of Session Account–1 revealed that Individual–1 and FUSSELL began messaging on December 20, 2023, after meeting on "Grindr," a geolocation-based social networking and online dating application geared toward gay and bisexual men. Individual–1 and FUSSELL exchanged videos and images containing child pornography between December 20, 2023, and February 7, 2024. These videos and images largely depicted the sexual exploitation and rape of prepubescent boys.

7. The review of Session Account–1 further revealed that Individual–1 and FUSSELL had discussed meeting up in person. During that conversation, on December 20, 2023, FUSSELL stated that he was near "Onancock," which is a town in Accomack County, Virginia. On or about December 23, 2023, FUSSELL stated that he was in "Virginia." On December 26, 2023, and December 27, 2023, the FUSSELL sent pictures of his erect penis. The pictures depict an adult Caucasian male, consistent with FUSSELL's age, race, and sex.

8. The review of Session Account–1 further revealed that Individual–1 and FUSSELL ultimately met in person on December 29, 2023. On December 29, 2023, FUSSELL and Individual–1 exchanged the following messages:

> **Individual–1:** Hey I can be there at 2, I'm able to get out a lil early
>
> **FUSSELL:** Why don't we do 230. And I'm totally fine with Jo[2] and oral if you're into that.
>
> **Individual–1:** Perf!
>
> **FUSSELL**: I'll send you the address at 2

---

[2] "Jo" is slang for masturbation.

**Individual–1:** Sounds good bro

**FUSSELL:** Hey man

**FUSSELL:** 25527 Coastal Blvd.  Front sidewalk has two small trees on either side.  Driveway beside telephone pole.  Pull in the back and park beside my civic.  Come to the back door.

**FUSSELL:** Message me when you are on your way with ETA so I can look out to you.

**Individual–1:** Onley?[3]

**FUSSELL:** Oh sorry.  Yeah.

## *Identification of FUSSELL*

9.     A law enforcement database indicates that FUSSELL and another individual ("Individual–2") purchased 25527 Coastal Boulevard in Onley, Virginia, on or about July 24, 2013.  The database further indicates that, on or about January 27, 2020, the residence was transferred solely into FUSSELL's name.  In addition, Accomack County publishes an annual "Land Book" on its website containing property record data.  The Land Book files go back to 2015.  The Land Book files from 2015 through 2020 list FUSSELL and Individual–2 as the owners of 25527 Coastal Boulevard.  The Land Book files for 2021 through 2024 list FUSSELL alone as the owner of 25527 Coastal Boulevard.

10.    A law enforcement database revealed that FUSSELL has a 2006 Honda Civic registered to him at 25527 Coastal Boulevard, consistent with his direction that Individual–1 "park beside [his] civic."

11.    A search of open-source internet records reveals that FUSSELL is a Nurse Practitioner in Onley, Virginia, who sees patients of all ages.  On January 3, 2024, FUSSELL sent Individual–1 a message on Session that read, "Things are OK.  Stressed with work as usual."

---

[3] Onley is a town in Accomack County, Virginia.

Individual–1 responded, "Ah, yea it be that way.  Profile says you're a nurse practitioner?" and "Very cool."  FUSSELL later sent Individual–1 numerous Session messages in which he described seeing child and adult patients in a clinical setting:

    a. For example, on January 6, 2024, FUSSELL and Individual–1 were discussing a man with whom FUSSELL allegedly had a sexual relationship.  FUSSELL stated in relevant part:  "Has a nice dick tho.  Used to be my patient, but he either doesn't remember or pretends not to know.  His wife is still my patient. >;}."

    b. On January 22, 2024, FUSSELL sent Individual–1 a Session message that read:

> Today I had a new 39yo male patient and I just knew he had a great package by our conversation…I have an intuition lol…anyway. He needed his genital exam…huge nuts…like larger than extra large eggs. Nice flaccid dick. Like 5 inches , fairly thick when fully soft. Not that firm soft…but like actually soft.  He started to get hard while I was doing the exam.  Huge fucking head….length only got a bit more before I had to have him put it away.

FUSSELL later stated that he would "continue to do a testicular exam on [the man] even after he turns 40, which is when [he] usually stop[s]."

    c. On January 24, 2024, FUSSELL sent Individual–1 Session messages that read:  "I have  a father and two sons who are my patients and th[e]y all have huge Dicks . like easily 9+when hard," "Ialso have a preteen…ithink he's 11and dick is going to be huge," and "The 11yo always gets a boner…so hot."

12.    On January 24, 2024, FUSSELL also sent Individual–1 a Session message describing the measures he takes to evade detection, which make it improbable that any other individual accesses FUSSELL's Session account:

>I have NordVPN running on my router. Everything in my house is run through that VPN.[4] The device I'm on is Google pixel unlocked that I installed Graphene on. Its an Android OS that prevents google tracking anything. I used APKs to install session so I didn't have to provide google.with an account email that could be traced. I only used the WiFi on this when on my router with VPN. Also I turned off all.permissions for everything before I attached it to the internet. Then when an app needed permission, I could grant permission as needed. No location permissions ever. That laptop we watched on was not on line.

### *The Charged Offenses*

13. On or about June 2, 2024, FUSSELL sent a message to Session Account–1 that read, "Hey [m]an." An FBI Online Covert Employee ("OCE") responded to the message on June 10, 2024, and continued messaging with FUSSELL using Session Account–1. At all relevant times, Session Account–1 was running on Cellphone–1, which was in the custody of the FBI in the District of Columbia.

14. On June 17, 2024, an FBI OCE sent FUSSELL a Session message that asked, in relevant part, "you have anything I can perv[5] to , horny as fuck lol." On June 18, 2024, FUSSELL responded, asking, "What do you want to see?" He also explained that he was online only in the evenings. The OCE responded, "Young boy hole or whatever tbh[6] dad son[7] u have."

15. On June 22, 2024, FUSSELL sent Session Account–1 seven (7) files, at least six (6) of which are child pornography, along with a message that stated: "Cool. Send me some of

---

[4] A "VPN," or virtual private network, allows an individual to mask his IP address to conceal his identity online.

[5] In my training and experience, individuals interested in the sexual abuse and exploitation of minors and in child pornography often refer to themselves and their proclivities using the term "perv" and variants thereof. "Perv" is used both as a noun and a verb.

[6] The initials "tbh" are internet slang for "to be honest."

[7] The phrase "dad son" is a reference to depictions of incest or the sexual abuse of a minor family member.

6

you perving to it." The child pornography files as are described as follows:

    a. An image depicting a completely nude minor boy on a bedroom floor with his scrotum exposed;

    b. An image depicting a minor boy with what appears to be semen on his buttocks;

    c. An image depicting a completely nude prepubescent boy and a completely nude adult male laying on a bed and touching each other's erect penises;

    d. An image depicting a completely nude minor boy straddling a completely nude adult male's lap;

    e. A 44-second video file depicting two nude prepubescent boys performing oral sex on an adult male's erect penis; and

    f. A 29-second video file depicting a prepubescent boy performing oral sex on an adult male's erect penis.

16. On June 30, 2024, FUSSELL sent Session Account–1 three (3) files, all of which are child pornography. The child pornography files are described as follows:

    a. A 2-minute-and-17 second video depicting a completely nude prepubescent boy performing oral sex upon, and being anally penetrated by, an adult male's erect penis;

    b. A 48-second video depicting a completely nude toddler boy being anally penetrated by an adult male's erect penis;

    c. A 2-minute-and-10-second video depicting a prepubescent boy being anally penetrated by an adult male's erect penis.

**CONCLUSION**

17.    Based on the foregoing, there is probable cause to believe that LUCAS ALLEN FUSSELL, the defendant, distributed multiple videos and images containing child pornography on June 22, 2024, and June 30, 2024.

_____
Timothy Palchak
Senior Police Officer
Metropolitan Police Department

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on July 2, 2024.


_____
The Honorable Moxila A. Upadhyaya
United States Magistrate Judge